# Foster Garvey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

One Seaport Plaza
199 Water Street
Suite 901
New York, NY 10038

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4530
maurice.heller@foster.com

March 9, 2026

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
USDC, Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*Conference adjourned to 4/23/26 at 10:30 AM*

*Colleen McMahon*

*3/9/2026*

> Re: In the Matter of the Application of Robert Gonyo, individually and derivatively on behalf of Haunted Manhattan, LLC, for an Order Pursuant to Article 75 of the CPLR Confirming the Arbitration Award dated August 9, 2015 vs. Brent Pedersen and Elizabeth Worton-Pedersen; Case No. 26-cv-01441-CM

Dear Judge McMahon:

**MEMO ENDORSED**

This firm represents Petitioner Robert Gonyo in connection with the above-referenced matter. By Order Scheduling an Initial Pretrial Conference (ECF# 5), an initial conference has been scheduled for April 9, 2026. However, I am scheduled to be out of the country for the Passover holiday from April 1-12, 2026. Accordingly, we respectfully request that the conference be adjourned to a later date.

As shown in the affidavits of service filed today, the Respondents have been served pursuant to CPLR § 308(4), which is enforceable in this Court pursuant Fed. R. Civ. P. 4(e)(1).

Additionally, for Your Honor's information, an initial conference may not be necessary due to the nature of this action, which is a proceeding to confirm an arbitration award under the Federal Arbitration Act. A Case Management Plan will also not be necessary as we anticipate that there will be any discovery in this proceeding.

Respectfully submitted,

FOSTER GARVEY PC

Maurice W. Heller
Principal

cc:   Brent Pedersen
      Elizabeth Worton-Pedersen

FG: 110127534.1