UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONIC. LY FIL D
DOC #:_____
DATE FILED: 6|29|2026

---

ROBERT GONYO, individually and derivatively
on behalf of HAUNTED MANHATTAN, LLC,

                                        Petitioner,

-against-                                                    No. 26-cv-1441 (CM)

BRENT PEDERSEN and ELIZABETH
WORTON-PEDERSEN,

                                        Respondents.

---

### ORDER

McMahon, J.:

This is a proceeding to confirm an arbitration award. The petition was filed on February 20, 2026 and the motion to confirm with a brief in support of the petition/motion was filed on April 27, four days after the Court conferenced the case. At that conference, respondents were given until June 8 to respond to the petition/motion. *See* Minute Entry for Conference Held April 23, 2026. No response has been filed as of today, June 29. A district court's power to review an arbitration award is among its most limited functions, *see Wall St. Assocs., L.P. v. Becker Paribas Inc.*, 27 F.3d 845, 849 (2d Cir. 1994), and the Court must confirm the award unless it is vacated, modified, or corrected. 9 U.S.C. § 9. Respondent has offered no reason why the award should not be confirmed or why it could be vacated, modified, or corrected. Accordingly, the arbitration award is CONFIRMED. Petitioner is to submit to the Court a form of judgment, including a computation of interest due on the award as of the date of submission and a per diem amount to be added for each day following the submission of the proposed order.

The Clerk of Court is directed to remove the motion at Docket Number 13 from the Court's list of open motions and close the case.

Dated: June 29, 2026

_____
U.S.D.J

BY ECF TO ALL COUNSEL