UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of ROBERT GONYO, individually and derivatively on behalf of HAUNTED MANHATTAN, LLC,

Petitioner,

-against-

BRENT PEDERSEN and ELIZABETH WORTON-PEDERSEN,

Respondents.

Case No. 26-cv-01441 (CM)

*[PROPOSED] JUDGMENT*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2026

WHEREAS, on December 19, 2025, Arbitrator Frederick R. Fucci issued a Final Arbitration Award in favor of Petitioner Robert Gonyo, individually and derivatively on behalf of Haunted Manhattan, LLC (the "Arbitration Award");

WHEREAS, by Order dated June 29, 2026, this Court confirmed the Arbitration Award in all respects and directed Petitioner to submit a proposed judgment including a computation of interest and a per diem amount;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Final Arbitration Award dated December 19, 2025 is CONFIRMED in its entirety and is incorporated into this Judgment as though fully set forth herein.

2. Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9 and 13, Respondent Brent Pedersen is ORDERED to specifically perform each of the non-monetary obligations imposed by the Arbitration Award within ten (10) business days of entry of this Judgment, including:

(a) Restoring Petitioner Robert Gonyo as an authorized signatory on all Haunted Manhattan, LLC bank accounts maintained at M&T Bank;

-1-

FG: 110479347.2

(b) Producing to Petitioner Robert Gonyo all bank statements up to the date of the Award relating to every account maintained in the name of Haunted Manhattan, LLC at M&T Bank, Citibank, N.A., or any other financial institution, to the extent such records have not previously been produced;

(c) Paying to Haunted Manhattan, LLC all funds that were on deposit in Haunted Manhattan, LLC's Citibank. N.A. account as of December 19, 2025;

(d) taking every action necessary to effectuate the transfer of Respondent Brent Pedersen's entire fifty percent (50%) Class A membership interest in Haunted Manhattan, LLC to Petitioner Robert Gonyo, including, without limitation:

    i. executing all assignments of membership interests;

    ii. executing all written consents required by the Operating Agreement;

    iii. consenting to and executing any amendment to Exhibit A of the Operating Agreement;

    iv. executing all banking, tax, corporate, and regulatory documents necessary to recognize Petitioner Robert Gonyo as the owner of Respondent Brent Pedersen's former membership interest; and

    v. executing any additional documents reasonably necessary to effectuate the transfer of membership interests ordered by the Arbitration Award.

    vi. taking all other actions legally necessary to effectuate Petitioner's acquisition of Respondent Brent Pedersen's membership interest in accordance with Paragraph 5 of the Arbitration Award.

3.    Consistent with Paragraph 6 of the Arbitration Award, Petitioner Robert Gonyo shall pay Brent Pedersen the sum of $2,382.37 on each of February 5, 2027, February 5, 2028,

-2-

and February 5, 2029 as additional payment for redemption of Respondent Brent Pedersen's interest in Haunted Manhattan, LLC.

4.    Judgment is entered in favor of Haunted Manhattan, LLC and against Respondent Brent Pedersen in the principal amount of $31,976.20.

5.    Pursuant to Paragraph 10 of the Arbitration Award, prejudgment interest is awarded on the foregoing amount at the rate of nine percent (9%) per annum commencing January 19, 2026.

6.    As of July 1, 2026, accrued prejudgment interest on the judgment in favor of Haunted Manhattan, LLC equals $1,285.18, for a total monetary judgment in favor of Haunted Manhattan, LLC of $33,261.38, exclusive of the additional funds required to be paid pursuant to Paragraph 2(d) of this Judgment representing the balance of the Haunted Manhattan, LLC Citibank account as of December 19, 2025.

7.    Beginning July 2, 2026, prejudgment interest on the judgment in favor of Haunted Manhattan, LLC shall continue to accrue at the rate of $7.8845 per day until entry of Judgment.

*Judgment is being entered on 7/2/2026, so there is no need for this paragraph.* CM

8.    Judgment is entered in favor of Petitioner Robert Gonyo, individually, and against Respondent Brent Pedersen in the principal amount of $66,834.71.

9.    Pursuant to Paragraph 10 of the Arbitration Award, prejudgment interest is awarded on the foregoing amount at the rate of nine percent (9%) per annum commencing January 19, 2026.

10.    As of July 1, 2026, accrued prejudgment interest on the judgment in favor of Robert Gonyo equals $2,686.21, for a total monetary judgment in favor of Robert Gonyo of $69,520.92.

-3-

FG: 110479347.2

11.    Beginning July 2, 2026, prejudgment interest on the judgment in favor of Robert Gonyo shall continue to accrue at the rate of $16.4798 per day until entry of Judgment.

*Judgment is being entered on 7/2/26, so there is no need for this paragraph. CM*

12.    Following entry of Judgment, post-judgment interest shall accrue on each monetary award at the rate prescribed by 28 U.S.C. § 1961 until paid in full.

13.    The Court retains jurisdiction to enforce this Judgment and all provisions of the Arbitration Award incorporated herein, including by proceedings for civil contempt or such further orders as may be necessary to effectuate compliance.

14.    If Respondent Brent Pedersen fails to execute any document or perform any act required by this Judgment within the time prescribed, Petitioner may apply for relief pursuant to Rule 70 of the Federal Rules of Civil Procedure, including an order directing that the required act be performed by another person appointed by the Court at Respondent's expense.

Dated: New York, New York
_____7/2_____, 2026

_____
HON. COLLEEN McMAHON
United States District Judge

FG: 110479347.2